EDMUND W. CASKIE, Appellant, *v.* MARGARET C. PLASS, Respondent.

*Caskie* v. *Plass*, 157 App. Div. 914, affirmed.
(Argued June 17, 1915; decided July 13, 1915.)

APPEAL from a judgment, entered July 7, 1913, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to set aside an agreement by the terms of which the plaintiff gave and assigned all his right, title and interest in the estate of John J. Kerr, then deceased, to his son Edmund, and appointed defendant sole guardian of the latter's person and property with full power and authority to direct and manage his education and affairs as she should elect, to convert or expend all moneys and to invest and reinvest all property to which his son might become entitled without any interference whatever from plaintiff.

*Harold C. Mitchell* and *Charles L. Griffin* for appellant.

*John T. Sturdevant* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.

———————

HASTINGS LAND IMPROVEMENT COMPANY, Respondent, *v.* THE EMPIRE STATE SURETY COMPANY, Appellant.

(Submitted June 11, 1915; decided July 13, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 215 N. Y. 653.)